UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ORIGINAL 20-CV-2399
Chen, J. / Bloom, M.J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 26 2020 ★

BROOKLYN OFFICE

TAHIR SALAAM Bey
Ex Rel: BRUCE DICKERSON

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

KYLE P KELLY SHIELD # 12572
73RD PRECINCT
83RD PRECINCT

**COMPLAINT**

Jury Trial: [X] Yes [ ] No

(check one)

RECEIVED
MAY 26 2020
PRO SE OFFICE

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I. Parties in this complaint.

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: TAHIR SALAAM Bey
Street Address: c/o: 2820 W 32ND St APT# 8E
County, City: BROOKLYN NY Kings Brooklyn
State & Zip Code: NEW YORK 11224
Telephone Number:

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Kyle P Kelly Sheild # 12572
Street Address: 1470 E New York Ave
County, City: Kings County
State & Zip Code: New York 11212

Defendant No. 2
Name: 73RD Precinct
Street Address: 1470 E New York Ave
County, City: Kings County
State & Zip Code: New York 11212

Defendant No. 3
Name: 83RD Precinct
Street Address: 480 Knickerbocker Ave
County, City: Kings County
State & Zip Code: New York 11237

Defendant No. 4
Name: _____
Street Address: _____
County, City: _____
State & Zip Code: _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions            [X] Diversity of Citizenship
[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Title 18 USC 241 & 242, Article 20 & 21 of Treaty of Amity & Commerce of 1787, 4th & 5th Amendment.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship **Nation State of Morocco**

Defendant(s) state(s) of citizenship **United States**

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **In the Brooklyn Territory**

B. What date and approximate time did the events giving rise to your claim(s) occur? **4/25/2020**

C. Facts: **What happened to you?** On the above mentioned date, I was traveling south on Ralph Ave, Brooklyn Territory in the pursuit of happiness. While riding my motorcycle an unmarked SUV violently reversed toward me causing me to fall off my bike. Policy Enforcers (Police) exited vehicle point arms at me saying "STAY DOWN".

**Who did what?** Kyle P Kelly Shield # 12572 put me in handcuffs without reading rights. Officers began to search me without consent.

**Was anyone else involved?** No

**Who else saw what happened?** Grantley Laylor

-3-

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. EMOTIONAL & MENTAL DISTRESS
EMBARRASMENT
DEFIMATION OF CHARACTER
DISCRIMIBATION AGAINST MY National ORIGIN

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
CHARGES DISMISSED
COMPENSATED FOR UNLAWFUL ARREST
"            "   Humiliation.
"            "   Deprivation of Rights.

## CERTIFICATION OF SERVICE

I, TAHIR Salaam BEY, certify that a copy of my motion was served
(Name of Moving Party)

by MAIL U.S.P.S on 5/22/2020 upon:
(Mail, Personal Service, etc.)   (Date)

Kyle P Kelly Shield No. 12572
(Name of Opposing Party)

1470 E New York Ave

Brooklyn NY 11212

(Address of Opposing Party)

_____
Name (Signature)

HO CHEUNG LI
NOTARY PUBLIC, STATE OF NEW YORK
No. 01LI6130180
Qualified in Kings County
Commission Expires July 11, 2021

05/22/2020

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of MAY, 20 20.

Signature of Plaintiff _____
Mailing Address c/o: 2820 W 32ND ST APT #8E
Brooklyn N.Y. 11224

Telephone Number (347) 712-7595
Fax Number *(if you have one)* _____
E-mail Address SASSIANMOOR@gmail.Com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

-5-



**PRIORITY MAIL**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*



**CERTIFIED MAIL**



7019 1640 0002 2487 2052



PS00001000014   EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

U.S. POSTAGE PAID
PM 1-Day
BROOKLYN, NY
11224
MAY 22, 20
AMOUNT
**$11.30**
R2305K135061-1

FROM: TAHIR SALAAM BEY
Ex Rel: BRUCE DICKERSON
c/o: 2820 W 32ND St APT #8E
Brooklyn NY 11224

TO: CHIEF JUDGE
United States District
225 CADMAN PLAZA
Brooklyn NY 11201

